No. 95–1696. CHARNEY ET AL. v. PANITZ. Super. Ct. Pa. Certiorari denied.

No. 95–1697. SCHAFER ET AL. v. KENNEDY ET UX. C. A. 8th Cir. Certiorari denied.

No. 95–1700. ESPINOSA GUERRERO ET AL. v. CUMMINGS ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–1702. VILLAGE OF SUN v. RITTER. C. A. 5th Cir. Certiorari denied.

No. 95–1705. ATCHISON, TOPEKA & SANTA FE RAILWAY CO. v. ROTH. Ct. App. Mo., Western Dist. Certiorari denied.

No. 95–1712. INVESTORS EQUITY LIFE HOLDING CO. v. METCALF, HAWAII INSURANCE COMMISSIONER, ET AL. Sup. Ct. Haw. Certiorari denied.

No. 95–1721. IMAZIO NURSERY, INC. v. COASTAL NURSERY ET AL. C. A. Fed. Cir. Certiorari denied.

No. 95–1728. LOHMAN ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–1730. NORTHROP GRUMMAN CORP. ET AL. v. UNITED STATES EX REL. GREEN. C. A. 9th Cir. Certiorari denied.

No. 95–1731. OHIO v. BEEMAN ET UX. Sup. Ct. Ohio. Certiorari denied.

No. 95–1732. CITY OF PORTLAND v. NORTHWEST ENVIRONMENTAL ADVOCATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–1741. DAVIS ET AL. v. SHANOR, TRUSTEE. C. A. 10th Cir. Certiorari denied.

No. 95–1750. NOLEN v. GEORGIA. Ct. App. Ga. Certiorari denied.